```
                                FILED
                         CLERK, U.S. DISTRICT COURT

                             Dec. 16, 2024

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:      IV         DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNY MONTOYA,<br><br>Defendant. | Case No. 2:11-CR-00935-RGK-8<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On December 16, 2024, Defendant Kenny Montoya made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on November 4, 2022. Defendant submitted on the detention recommendation in the Pretrial Services Report.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failure to report for drug counseling and testing and failure to report to the Probation Officer, and consistent noncompliance and absconding.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ Defendant was arrested on November 20, 2024, for grand theft and is a suspect in other grand theft incidents.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 16, 2024

**PATRICIA DONAHUE**
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE